IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| AARON TYLER SIMMONS,<br><br>　　Plaintiff<br><br>v.<br><br>YUUSUF NUUR ALI, ERIC KILEN,<br>EAGLE TRANSPORT SERVICES<br>INC., SENTRY SELECT INSURANCE<br>COMPANY<br><br>　　Defendants. | CIVIL ACTION<br>FILE NO.: _____<br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF REMOVAL

Defendants YUUSUF NUUR ALI, ERIC KILEN, EAGLE TRANSPORT SERVICES INC., and SENTRY SELECT INSURANCE COMPANY hereby file this Notice of Removal, showing as follows:

1.

On May 25, 2023, Plaintiff filed this action against Defendants in the State Court of Tift County, Georgia, Civil Action File No. 2023CV0205. (See Complaint, part of Exhibit "A".)

2.

Defendant SENTRY SELECT INSURANCE COMPANY was served on June 23, 2023, but no return of service has been filed in the State Court.

M1067699.1 16600

3.

Defendant ERIC KILEN was served with process on June 26, 2023, but no return of service has been filed in the State Court.

4.

Defendant YUUSUF NUUR ALI was served on or after June 23, 2023, but no return of service has been filed in the State Court.

5.

Defendant EAGLE TRANSPORT SERVICES INC has not been served with process.

6.

This case is removable to this Court pursuant to 28 U.S.C. § 1332(a)(1) because there is complete diversity of citizenship between Plaintiff and Defendants, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7.

Complete diversity of citizenship exists among Plaintiff and Defendants. Plaintiff correctly alleges in the Complaint that all Defendants are citizens of states other than Georgia. (Exhibit A, Complaint ¶¶ 1-4).

8.

Although Plaintiff does not allege his state of residence, the police report from the subject incident indicates that he is. (Exhibit B, redacted Police Report).

9.

The amount in controversy is in excess of $75,000, exclusive of interests and costs. Plaintiff alleges that he was a pedestrian when he was struck by a tractor-trailer and thrown from the road into a ditch. (Exhibit A, Complaint, ¶¶ 5-7). Plaintiff alleges that he was seriously injured and incurred medical expenses in excess of $327,000. (Exhibit A, Complaint, ¶ 36).

10.

Removal to this district is proper, pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 90(b)(6).

11.

Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely, as it is submitted with 30 days of Defendants having been served with the Complaint.

12.

Defendants will file a Notice of Filing Notice of Removal in the State Court of Tift County, State of Georgia promptly after filing the instant pleading.

13.

Attached as Exhibits "A," "C," "D," "E," "F," and "G" are all process, pleadings, and orders on file with the Clerk of the State Court of Tift County, Georgia.

                                                                        McMickle, Kurey & Branch, LLP
*/s/ Scott W. McMickle*
Scott W. McMickle, Esq.
Georgia State Bar No.: 497779
*/s/Michael P. Johnson*
Michael Patrick Johnson, Esq.
Georgia State Bar No.: 395055
*Attorneys for Defendants*

217 Roswell Street, Suite 200
Alpharetta, Georgia 30009
Telephone: (678) 824-7800
Facsmile: (678) 824-7801
SWM@mkblawfirm.com
MPJ@mkblawfirm.com

M1067699.1 16600

# CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2023, I electronically filed the **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> W. Bryant Green, III
> Semra A. Kebede
> Anthony R. Showell
> Law Office of W. Bryant Green, III, PC
> 303 Peachtree Street, Suite 4100
> Atlanta, GA 30308

>> MCMICKLE, KUREY & BRANCH, LLP
>>
>> /s/*Michael P. Johnson*
>> MICHAEL P. JOHNSON
>> Georgia Bar No.: 395055
>> *Attorneys for Defendant*

MCMICKLE, KUREY & BRANCH, LLP
217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone:  (678) 824-7800
Facsimile:   (678) 824-7801
Email:            MPJ@mkblawfirm.com

M1067699.1 16600